NUMBERS 13-07-00076-CR, 13-07-00077-CR,


13-07-00078-CR, 13-07-00079-CR, 13-07-00080-CR


& 13-07-00081-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_____________________________________________________________


RAFAEL CHAVEZ, Appellant,


v.



THE STATE OF TEXAS, Appellee.


 ____________________________________________________________


On appeal from the 117th District Court of Nueces County, Texas.


_____________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, Rafael Chavez, perfected separate appeals from judgments entered by
the 117th District Court of Nueces County, Texas in trial court cause numbers 06-CR-4237-B, 06-CR-4246-B, 06-CR-4249-B, 06-CR-4250-B, 06-CR-4251-B, and 06-CR-4369-B. 
Counsel for appellant has now filed a motion to permanently abate these appeals based
on the death of appellant, Rafael Chavez. According to counsel's motion, appellant died
on October 22, 2007, after appeal was perfected, but before this Court issued its mandate. 
See Tex. R. App. P. 7.1(a)(2). 

 We grant counsel's motion, and, in accordance with Texas Rule of Appellate
Procedure 7.1(a)(2), we hereby order these appeals permanently ABATED.

 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed 

this the 15th day of November, 2007.